## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **Cascade Systems LLC,** | Case No. 1:25-cv-08069-AS |
| Plaintiff, | Patent Case |
| v. | Jury Trial Demanded |
| **Skillshare, Inc.,** | |
| Defendant. | |

Plaintiff filed a notice of voluntary dismissal with prejudice. Dkt. 19. This action is hereby dismissed with prejudice. The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

Dated:  January 8 , 2026
        New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge